IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIRKLAND LAMONT BRYANT III, | ) | CASE NO.: 4:26cv589 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILLIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY L. STEPHENS, CLERK OF | ) | **MOTION TO DISMISS** |
| COURT, U.S. COURT OF APPEALS FOR | ) | |
| THE SIXTH CIRCUIT, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, United States Court of Appeals for the Sixth Circuit Clerk of Court,

Kelly L. Stephens, by and through United States Attorney David M. Toepfer and Assistant United States

Attorney Renée A. Bacchus, and hereby moves the Court for an Order dismissing Plaintiff's

Complaint for failure to state a claim upon which relief can be granted.

The grounds supporting this motion are fully set forth in the attached Memorandum in

Support.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio

By:     s/ Renée A. Bacchus
        Renée A. Bacchus (OH 0063676)
        Assistant U.S. Attorney
        U.S. Attorney's Office
        801 W. Superior Avenue, S. 400
        Cleveland, OH 44113
        (216) 622-3707 – phone
        (216) 522-4982 – fax
        Renee.bacchus@usdoj.gov

        *Attorney for Defendant*